## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

DEMETRIS BURNS,              )
                                     )

**Plaintiff,**             )
                                     )

**vs.**                               )
                                   )  No. 3:06-CV-342

**CHARLES RUCKER and JOHN DOE,**   )
                                   )

**Defendant.**            )

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by and through their respective counsel of record, represent to the Court that the captioned case should be dismissed, with full prejudice.

Accordingly, it is **ORDERED** that this matter be, and the same hereby is, dismissed with full prejudice to the re-filing of same. The costs of this cause are to be taxed against the Defendant, in care of their attorney, Brian H. Trammell, P. O. Box 442, Knoxville, TN 37901, for which execution may issue, if necessary.

**ENTER** this _____ day of _____, 2007.

                               s/ C. Clifford Shirley, Jr._____
                               C. CLIFFORD SHIRLEY, JR., MAGISTRATE

**APPROVED FOR ENTRY:**

**LAW OFFICES OF J.D. LEE, PLLC**

By: ___s/David C. Lee_____
      David C. Lee, Esq., BPR# 015217
      Attorney for the Plaintiff
      422 S. Gay Street, Third Floor
      Knoxville, TN 37902
      (865) 544-0101

**KENNERLY, MONTGOMERY & FINLEY, P.C.**

By: ___s/Brian H. Trammell_____
      Brian H. Trammell, BPR#010140
      Attorney for Defendant, Charles Rucker
      550 Main Street, 4th Floor
      P. O. Box 442
      Knoxville, Tennessee 37901
      (865) 546-7311